UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Zainab Mansaray**
2485 Piering Dr.
Lithonia, GA 30038

xxx−xx−6110

Case No.: **22−55399−bem**
Chapter: **7**
Judge: **Barbara Ellis−Monro**

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **12/15/22**

Government proof of claim: **01/11/23**

File with:
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:   September 16, 2022

Form ntcpoc

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-55399-bem |
| Zainab Mansaray | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Sep 16, 2022 | Form ID: ntcpoc | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zainab Mansaray, 2485 Piering Dr., Lithonia, GA 30038-5663 |
| petprep | + | Ruben S. Hauwanga, 4902 Charter Oak Court, Kennesaw, GA 30144-5310 |
| 23909576 | + | Citizen Pay, PO Box 4670, Carol Stream, IL 60197-4670 |
| 23909392 | + | Citizens Pay, PO Box 4670, Carol Stream, IL 60197-4670 |
| 23909393 | + | Grady Health Systems, PO Box 934958, Atlanta, GA 31193-4958 |
| 23909586 | + | Grady Health Systems, PO Box 934953, Atlanta, GA 31193-4953 |
| 23909574 | + | Kia Finance America, PO Box 650805, Dallas, TX 75265-0805 |
| 23909394 | + | Kia Finance America, PO Box 650804, Dallas, TX 75265-0804 |
| 23945646 | + | Lakeview Loan Servicing, PO Box 37628, Philadelphia, GA 19101-0628 |
| 23945643 | + | Lakeview Loan Servicing, PO Box 37628, Philadelphia, PA 19101-0628 |
| 23909593 | + | Progressive Mtn Ins. Co./Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 23909590 | + | T-Mobile/Concergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 23909397 | + | T-Mobile/Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BSGHAYS.COM | Sep 17 2022 00:08:00 | S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305-4909 |
| cr | + | EDI: RMSC.COM | Sep 17 2022 00:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23909395 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 16 2022 20:10:00 | Nissan Motor Acceptance Company, LLC., PO Box 660360, Dallas, TX 75266-0360 |
| 23909227 | + | EDI: RECOVERYCORP.COM | Sep 17 2022 00:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23909396 | + | EDI: CCS.COM | Sep 17 2022 00:08:00 | Progressive Mountain, Insurance Co., c/o Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23909596 | *+ | Nissan Motor Acceptance Co. LLC, PO Box 660360, Dallas, TX 75266-0360 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Sep 16, 2022 | Form ID: ntcpoc | Total Noticed: 18 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lisa F. Caplan | on behalf of Creditor Lakeview Loan Servicing LLC. lcaplan@rlselaw.com, nbrown@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| S. Gregory Hays | ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com |

TOTAL: 3